On July 7, 1998, Defendant-Appellant, Paul Smith, filed a "request for a new trial." The trial court overruled the request by order filed August 12, 1998. A copy of the order was sent to Smith. Smith filed a notice of appeal September 14, 1998. On October 27, 1998, we ordered Smith to show cause why his appeal should not be dismissed for want of a timely notice of appeal, which is necessary to confer jurisdiction on this court. App.R. 3(A); State, ex rel Tyler v. Alexander (1990),52 Ohio St.3d 84.
On November 6, 1998, Smith responded to our show cause order, stating that he had placed his notice of appeal in the prison letterbox on September 4, 1998, for transmittal to the trial court.
On very similar facts, the supreme court has held that timely filing of the notice of appeal with the court that rendered the judgment is a jurisdictional prerequisite to appellate review, and that a late filing was not excused by the appellant prisoner's having "entrusted his notice of appeal to the prison mail room." State, ex rel Tyler v. Alexander, supra.
This appeal is dismissed.
SO ORDERED.
 ---------------------------- JAMES A. BROGAN, Judge
 ---------------------------- WILLIAM H. WOLFF, JR., Judge
 ---------------------------- FREDERICK N. YOUNG, Judge
Copies mailed to:
David M. Henry Paul Smith Hon. Thomas M. Rose (by assignment)